**EXHIBIT 2**

# SOUTH FLORIDA HOTEL AND
# CULINARY EMPLOYEES WELFARE FUND

c/o NATIONAL EMPLOYEE BENEFIT ADMINISTRATORS
2010 NW 150th Avenue, Suite 100, Pembroke Pines, FL 33028
Phone (954) 266-6322 Toll Free 1-800-842-5899 Fax (954) 266-2079



05/14/2020

As a contributing employer to the South Florida Hotel and Culinary Employees Welfare Fund ("the Fund") you are required to make monthly contributions to the Fund for health care coverage on behalf of your employees who meet the eligibility conditions in your collective bargaining agreement (CBA), along with required employee data, using the applicable contribution rate in your CBA. You are also required to follow rules and procedures established by the Trustees and administered by NEBA, as the Fund's Third Party Administrator (TPA).

Monthly contributions and related employee data are due on a monthly basis on the date in your CBA. If your CBA does not state a due date, then contributions are due on the 10th of each month (either date referred to herein as the "Due Date").

**We have not received your contributions and related employee data for the month of May as of the Due Date. Please submit required contribution amounts and employee data promptly.**

**IF WE DO NOT RECEIVE YOUR REQUIRED CONTRIBUTIONS AND EMPLOYEE DATA BY THE 10TH DAY AFTER THE DUE DATE, WHICH IS TYPICALLY THE 20TH DAY OF THE MONTH, YOU WILL BE CONSIDERED DELINQUENT AND A 10% LATE FEE WILL AUTOMATICALLY BE ADDED TO THE AMOUNT DUE. THE BOARD OF TRUSTEES HAS APPROVED A TEMPORARY WAIVER OF DELINQUENCY FEES IF CONTRIBUTIONS AND EMPLOYEE DATA ARE RECEIVED AS OUTLINED BELOW. THIS TEMPORARY WAIVER IS IN EFFECT FOR APRIL, MAY, AND JUNE 2020.**

| Payment Month | New Due Date without penalty |
|---|---|
|  |  |
| April | 5/31/2020 |
| May | 5/31/2020 |
| June | 6/30/2020 |

If we do not receive your contributions and employee data by the 20th day after the Due Date, which is typically the 30th day of the month, then we have been directed by the Trustees to refer the matter to the Fund's attorney for further collection efforts and possibly filing of a lawsuit. Please remember that interest on delinquent contributions will typically begin to accrue if contributions are a month late, and that you may also be responsible for any costs incurred if legal counsel is required to issue demand letters or file a lawsuit in court, including attorneys' fees.

Please call NEBA at 1.800.842.5899, Kristen Spahr if you have any questions.

# SOUTH FLORIDA HOTEL AND
# CULINARY EMPLOYEES WELFARE FUND

c/o NATIONAL EMPLOYEE BENEFIT ADMINISTRATORS
2010 NW 150th Avenue, Suite 100, Pembroke Pines, FL 33028
Phone (954) 266-6322 Toll Free 1-800-842-5899 Fax (954) 266-2079



06/12/2020

As a contributing employer to the South Florida Hotel and Culinary Employees Welfare Fund ("the Fund") you are required to make monthly contributions to the Fund for health care coverage on behalf of your employees who meet the eligibility conditions in your collective bargaining agreement (CBA), along with required employee data, using the applicable contribution rate in your CBA. You are also required to follow rules and procedures established by the Trustees and administered by NEBA, as the Fund's Third Party Administrator (TPA).

Monthly contributions and related employee data are due on a monthly basis on the date in your CBA. If your CBA does not state a due date, then contributions are due on the 10th of each month (either date referred to herein as the "Due Date").

**We have not received your contributions and related employee data for the month of June as of the Due Date. Please submit required contribution amounts and employee data promptly.**

**IF WE DO NOT RECEIVE YOUR REQUIRED CONTRIBUTIONS AND EMPLOYEE DATA BY THE 10TH DAY AFTER THE DUE DATE, WHICH IS TYPICALLY THE 20TH DAY OF THE MONTH, YOU WILL BE CONSIDERED DELINQUENT AND A 10% LATE FEE WILL AUTOMATICALLY BE ADDED TO THE AMOUNT DUE. THE BOARD OF TRUSTEES HAS APPROVED A TEMPORARY WAIVER OF DELINQUENCY FEES IF CONTRIBUTIONS AND EMPLOYEE DATA ARE RECEIVED AS OUTLINED BELOW. THIS TEMPORARY WAIVER IS IN EFFECT FOR APRIL, MAY, AND JUNE 2020.**

| Payment Month | New Due Date without penalty |
|---|---|
|  |  |
| April | 5/31/2020 |
| May | 5/31/2020 |
| June | 6/30/2020 |

If we do not receive your contributions and employee data by the 20th day after the Due Date, which is typically the 30th day of the month, then we have been directed by the Trustees to refer the matter to the Fund's attorney for further collection efforts and possibly filing of a lawsuit. Please remember that interest on delinquent contributions will typically begin to accrue if contributions are a month late, and that you may also be responsible for any costs incurred if legal counsel is required to issue demand letters or file a lawsuit in court, including attorneys' fees.

Please call NEBA at 1.800.842.5899, Kristen Spahr if you have any questions.