UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-22667-RNS**

| |
|---|
| FONTAINEBLEAU FLORIDA HOTEL, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>THE SOUTH FLORIDA HOTEL AND CULINARY EMPLOYEES WELFARE FUND, and UNITE HERE, LOCAL 355,<br><br>   Defendants. |
| WENDI WALSH, MICHAEL J. D'ANGELO, JEREMY CRUZ HAICKEN, and GEORGE GREENE as Trustees of THE SOUTH FLORIDA HOTEL AND CULINARY EMPLOYEES WELFARE FUND,<br><br>   Counter Plaintiffs,<br><br> v.<br><br>FONTAINEBLEAU FLORIDA HOTEL, LLC,<br><br>   Counter Defendant. |
| UNITE HERE, LOCAL 355,<br><br>   Counterclaim Plaintiff,<br><br> v.<br><br>FONTAINEBLEAU FLORIDA HOTEL, LLC; DOES 1-50,<br><br>   Counterclaim Defendants. |

## JOINT INTERIM STATUS REPORT

Counter-Defendant Fontainebleau Florida Hotel, LLC ("Fontainebleau") and Counter-Plaintiffs UNITE HERE, Local 355 ("Local 355"); The South Florida Hotel and Culinary Employees Welfare Fund (the "Fund"); and Wendi Walsh, Michael J. D'Angelo, Jeremy Cruz Haicken and George Greene as Trustees of the Fund ("Trustees") (collectively, the "Counter-

Plaintiffs"), pursuant to the Court's Scheduling Order and Order of Referral to Mediation [DE 37] entered on September 17, 2020, submit this Joint Interim Status Report addressing the following issues.

**a)** **Have all defendants been served?** Yes.

**b)** **Have all defendants responded to the complaint?** Yes. The Fund and Trustees have filed an Answer and Counterclaim to the original Complaint [DE 18] and Fontainebleau has answered the Fund's Counterclaim [DE 22]. Local 355 likewise filed an Answer to the original Complaint [DE 17] and Fontainebleau has answered Local 355's Counterclaim [DE 23]. Fontainebleau's first amended complaint has been dismissed, so only the counterclaims remain in the case.

**c)** **If this is a class action, has a motion for class certification been filed?** This is not a class action.

**d)** **Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?** The parties have not agreed on nor selected a mediator but will select a mediator and select a place, date, and time for mediation by the current due date of March 11, 2021, and will complete mediation by May 20, 2021.

**e)** **Have the parties engaged in informal settlement negotiations?** The parties have engaged in some informal settlement negotiations, which reached an impasse in September 2020. The prospects for a resolution through informal means is undetermined.

**f)** **Describe the status of discovery conducted to date, and identify whether the parties reasonably believe they will be able to complete discovery by the Court's deadline.** The parties have exchanged Initial Disclosures pursuant to Fed. R. Civ. P. 26 and have served written

discovery requests and responses to same. The parties believe they will be able to complete all fact discovery by the present deadline of April 22, 2021.

**g) Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.** There are no pending motions in this matter.

Dated: December 23, 2020.

SUGARMAN & SUSSKIND, P.A.

By: */s/ D. Marcus Braswell, Jr.*
    D. Marcus Braswell, Jr., FL 46160
    Howard S. Susskind, FL 184696
    100 Miracle Mile, Suite 300
    Coral Gables, FL 33134
    Telephone: (305) 529-2801
    Facsimile: (305) 447-8115
    Email: mbraswell@sugarmansusskind.com
          hsusskind@sugarmansusskind.com

*Attorneys for Counter Plaintiff The South Florida Welfare Fund, Counter Plaintiffs Fund Trustees, and Counter Plaintiff UNITE HERE, Local 355*


McCRACKEN, STEMERMAN & HOLSBERRY, LLP

By: */s/ Kristin L. Martin*
    Kristin L. Martin, CA Bar No. 206528
    (admitted *Pro Hac Vice*)
    595 Market Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 597-7200
    Facsimile: (415) 597-7201
    Email: klm@msh.law

*Attorneys for Counter Plaintiff UNITE HERE, Local 355*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Charles E. Engeman*
    Charles E. Engeman
    (admitted *Pro Hac Vice*)
    The Tunick Building
    1336 Beltjen Road, Suite 201
    St. Thomas, USVI 00802
    Telephone: (340) 714-1233
    Facsimile: (340) 714-1245
    Email: Charles.Engeman@ogletree.com

By: */s/ Russell S. Buhite*
    Russell S. Buhite, FL 831085
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7057
    Facsimile: (206) 693-7058
    Email: Russell.Buhite@ogletree.com

*Attorneys for Counter Defendant Fontainebleau Hotel Florida, LLC*