**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO. 1:20-cv-22667-RNS**

FONTAINEBLEAU FLORIDA HOTEL, LLC,

Plaintiff,

v.

THE SOUTH FLORIDA HOTEL AND CULINARY EMPLOYEES WELFARE FUND
and
UNITE HERE, LOCAL 355,

Defendants.

---

UNITE HERE, LOCAL 355,
and
WENDI WALSH, *et al.*,
as Trustees of the
THE SOUTH FLORIDA HOTEL AND CULINARY EMPLOYEES WELFARE FUND,

Counter Plaintiffs,

v.

FONTAINEBLEAU FLORIDA HOTEL, LLC,

Counter Defendant.

## NOTICE OF SETTLEMENT

Defendants/Counter Plaintiffs WENDI WALSH *et al.*, notify the Court that all parties (the Trustees, Local 355, and Fontainebleau Florida Hotel) have reached a settlement in this pending litigation. All Defendants/Counter Plaintiffs will file their dismissal fully resolving this case within fourteen (14) calendar days unless the Court otherwise directs.

Dated March 26, 2021        Respectfully submitted,

**D. Marcus Braswell, Jr. (146160)**
mbraswell@sugarmansusskind.com
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Tel. (305) 529-2801
Fax. (305) 447-8115

**Attorneys for Defendant Fund and Counter Plaintiffs Trustees**

## CERTIFICATE OF SERVICE

I certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all parties and/or counsel of record identified on the below Service List, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ D. Marcus Braswell, Jr.
       D. MARCUS BRASWELL, JR.

## SERVICE LIST

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Russell S. Buhite, FL 0831085
Russell.Buhite@ogletree.com
Charles E. Engeman (Admitted *Pro Hac Vice*)
Charles.Engeman@ogletree.com
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7057

**Attorneys for Plaintiff/Counter Defendant**

**Kristin L. Martin**
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
595 Market Street, Suite 800
San Francisco, CA 94105
Tel: 415-597-7200 | Fax: 415-597-7201
Email: klm@msh.law

**Attorneys for Local 355**