United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Fontainebleau Florida Hotel, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 20-22667-Civ-Scola |
| The South Florida Hotel and | ) | |
| Culinary Employees Welfare Fund | ) | |
| and Unite Here, Local 355, | ) | |
| Defendants. | ) | |

### Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 60.)

Pursuant to the parties' stipulation, this dismissal will not have prejudicial effect until July 30, 2021. Any party may move to reopen this case between July 16 and July 29, 2021, should Fontainebleau Florida Hotel, LLC fail to fulfill certain obligations by July 15, 2021.

Therefore, it is **ordered and adjudged** that:

(1) This matter is **dismissed with prejudice** according to the terms of the parties' joint stipulation of dismissal (ECF No. 60) and as set forth above;

(2) Each party shall bear its own fees and costs, except as otherwise agreed to by the parties; and

(3) The Court shall retain jurisdiction over this matter solely to hear a motion to reopen.

The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on April 12, 2021.

Robert N. Scola, Jr.
United States District Judge